■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT CLAYTON, Appellant.— Motion by appellant to vacate order dated February 5, 1962, dismissing his appeal, granted; order vacated. Appellant's time to perfect the appeal is enlarged to the November Term, beginning October 22, 1962; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ CELIA COHEN, as Executrix of PHILIP GLASSER, Deceased, Respondent, v. ELSIE GELLERS, Appellant.— Motion by respondent for reargument or for leave to appeal to the Court of Appeals, and for a stay, denied. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ ` PASQUALE J. FEDERICE, as Executor of VITO FEDERICE, Deceased, Respondent, v. VILLAGE OF PORT CHESTER, Appellant, et al., Defendant.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals, and for a stay, denied. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ LAURIE GROTTA, an Infant, by FRANK GROTTA, Her Guardian ad Litem, et al., Plaintiffs, v. DUFFY-MOTT COMPANY, INC., et al., Defendants.— Motion by defendants for leave to appeal to this court from an order of the Appellate Term, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ In the Matter of EUGENE JACOBSON, Respondent, v. TRIM-SLIDE, INC., et al., Appellants.— Motion by appellants for leave to appeal to the Court of Appeals, denied. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent, v. GWENDOLYN P. GRIECO, Appellant.— Motion by respondent to dismiss appeal granted; appeal dismissed. Ughetta, Acting P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACQUELYN VAN VLACK, Formerly JACQUELYN GINSBERG, Appellant, v. IRWIN GINSBERG, Respondent.— Motion by appellant to dispense with the printing of certain exhibits. Motion granted as to the Mexican divorce decree, on condition that the English translation thereof be printed. Motion denied as to all other exhibits, on condition that respondent shall pay for the cost of printing them in accordance with the offer contained in his attorney's affidavit submitted in opposition to appellant's motion. Ughetta, Acting P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.